

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-9-2011

# Edward Johnson v. Atty Gen USA

Precedential or Non-Precedential: Non-Precedential

Docket No. 09-3478

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"Edward Johnson v. Atty Gen USA" (2011). *2011 Decisions.* Paper 1828.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/1828

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 09-3478
_____

EDWARD LLOYD JOHNSON,
Petitioner
v.

ERIC H. HOLDER, JR.,
ATTORNEY GENERAL OF THE UNITED STATES
_____

Before:   SCIRICA, SMITH and WEIS, Circuit Judges.


**O R D E R**


On the representation of the Attorney General that petitioner, Edward Lloyd Johnson, has been released from confinement, it is directed that the Memorandum and Order of this Court dated December 28, 2010, particularly Part II, is hereby vacated.

By the Court,


/s/JOSEPH F. WEIS, JR.
Circuit Judge


DATED:     February 9, 2011
SLC/cc:    Regina Byrd
           John K. Grantham
           Allissa A.R. Pollard
           Steven H. Schulman
           Lori Warlick
           Jason Wisecup